USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA            :
                                    :
       -against-                    :   No. 08 Cr. 581 (JFK)
                                    :        **ORDER**
JESUS MENA-CANCEL,                  :
                                    :
                       Defendant.   :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

   On August 23, 2020, the Government filed its opposition to Defendant Jesus Mena-Cancel's _pro se_ motion for compassionate release. Mena-Cancel shall have 30 days from the date on which he is served with the Government's opposition to file a reply, if any. Absent further order, Mena-Cancel's motion will be considered fully submitted as of that date.

   The Court will mail a copy of this Order to Mena-Cancel today.

**SO ORDERED.**

Dated:   New York, New York
         August 24, 2020

                                        _/s/ John F. Keenan_
                                        John F. Keenan
                                        United States District Judge